**Jordan K. Cameron (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

<u>**Attorneys for Plaintiff XMission, L.C.**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>Plaintiff,<br><br>vs.<br><br>OTI PRODUCTIONS, LLC dba MXE MEDIA (formerly CONVEXITY GAMING, LLC, SIERRA THREE MEDIA, LLC), an Illinois company; DOES 1-10,<br><br>Defendants. | **NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br><br>Case No.: 2:17cv01298<br><br>Judge Dee Benson |

COMES NOW Plaintiff XMission, L.C. ("XMission"), and submits this Notice of Dismissal of its Complaint With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff filed its Complaint on December 20, 2017. The Defendants have not yet been served with the Complaint and have not served any answer or motion for summary judgment.

DATED this 15th day of March, 2017.

                                                            DURHAM JONES & PINEGAR, P.C.

                                                            /s/ Jordan K. Cameron
                                                            Jordan K. Cameron
                                                           *Attorneys for Plaintiff*